UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER C. JOHNSON,<br><br>           Plaintiff,<br>   v.<br><br>TUCKER ALBIN AND ASSOCIATES, INC., *et al.*,<br><br>           Defendants. | CASE NO. 3:23-cv-05928-BHS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff Christopher C. Johnson filed an Application to Proceed *In Forma Pauperis* ("IFP") in the above-entitled action. Dkt. 1. After careful consideration of the Application, the governing law, and the balance of the record, the Court **ORDERS** as follows:

(1) Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP Application (Dkt. 1) is **GRANTED**.

//

//

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS - 1

(2)     The Clerk of Court is directed to send a copy of this Order to Plaintiff and to the Honorable Benjamin H. Settle.

Dated this 8th day of November, 2023.

_____
Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS - 2