UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER C. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br>TUCKER ALBIN & ASSOCIATES INC,<br>ET AL .,<br><br>　　　　Defendant. | Case No.: 3:23-cv-05928-BHS<br><br>DISMISSAL WITH PREJUDICE FOR TUCKER, ALBIN & ASSOCIATES INC. |

### I. Dismissal

　　Plaintiff, Christopher C. Johnson, pursuant to Rule 41(a)(1)(A)(ii), hereby dismisses with prejudice all claims and causes of action asserted against defendant Tucker Albin & Associates INC, in the above numbered captioned action, with each party to bear its own cost. Both parties have settled.

Dated this 21sty day of November, 2023.

**PLAINTIFF *PRO SE***

*/s/ Christopher C. Johnson*
Chrisopher C. Johnson
*Plaintiff Pro Se*

DISMISSAL